

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2014

No. 04-13-00821-CV

**GOLDEN REHABILITATION CENTER, L.L.C.,**
Appellant

v.

Juanita **PEREZ**, Virginia Garcia, Paul Zapata, and Sylvia Sanchez, Individually and as Heirs of
Elisa Zapata,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06946
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellant has filed a motion to abate this appeal because one of the issues presented in the appeal is the same issue pending in petitions for review filed in *Williamsburg Care Co. L.P. v. Acosta*, 406 S.W.3d 711 (Tex. App.—San Antonio 2013, pet. filed), *Fredericksburg Care Co. L.P. v. Lira*, 407 S.W.3d 810 (Tex. App.—San Antonio 2013, pet. filed), and *Fredericksburg Care Co. L.P. v. Perez*, 406 S.W.3d 313 (Tex. App.—San Antonio 2013, pet. filed). This court has considered the motion, the appellees' response, and the appellant's reply to the appellees' response. In light of the pending higher court review of the precedent previously established by this court, the court has determined that abating this appeal pending the Texas Supreme Court's resolution of the issue will likely achieve the greatest judicial efficiency. Accordingly, appellant's motion to abate is GRANTED. For administrative purposes, this appeal will be treated as a closed case, unless and until appellant files a motion requesting its reinstatement following the Texas Supreme Court's resolution of the issue.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court